ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Diversified Maintenance Systems, Inc. ) | ASBCA No. 61535 |
| ) | |
| Under Contract No. FA4621-10-D-0002 ) | |

APPEARANCE FOR THE APPELLANT:      Timothy Miguel Willardson, Esq.
                                     Sandy, UT

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                     Air Force Deputy Chief Trial Attorney
                                   Heather M. Mandelkehr, Esq.
                                   Justin D. Haselden, Esq.
                                     Trial Attorneys

ORDER OF DISMISSAL

The government has filed a joint motion to dismiss this appeal with prejudice, representing that the parties have settled their dispute and have requested that the appeal be dismissed with prejudice.

Accordingly, the Board hereby dismisses this appeal with prejudice.

Dated: July 22, 2019

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61535, Appeal of Diversified Maintenance Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals